W. AUSTIN COOPER,
A PROFESSIONAL CORPORATION
W. AUSTIN COOPER, #030652
2525 Natomas Park Drive, Suite 320
Sacramento, CA   95833
Telephone: (916) 927-2525
Facsimile:  (916) 920-0355
austincooperlaw@yahoo.com

Attorneys for the Plaintiffs
Kwang Jang and Amy Jang, both individuals

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| KWANG JANG and AMY JANG, both individuals; | Case No. 2:11-cv-02427-JAM-GGH |
| Plaintiff, | ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS |
| vs. | |
| 1st UNITED BANK, formerly Republic Federal Bank, N.A., formerly Hemisphere National Bank; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation; FIRST AMERICAN TITLE; U.S. BANK, N.A., as trustee for the Morgan Stanley Mortgage Loan Trust 2006-1AR; ALL PERSONS KNOWN OR UNKNOWN CLAIMING AN INTEREST IN 840 WEDGEWOOD COURT, WEST SACRAMENTO, CALIFORNIA 95605; and DOES 1-20, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED THAT, good cause appearing therefore, the Stipulation to Continue Hearing on Motion to Dismiss, dated January 18, 2012, is hereby approved by the Court and the hearing on the Motion to Dismiss, originally set for February 8, 2012 at 9:30 a.m. in Courtroom 6, is hereby continued to May 2, 2012 at 9:30 a.m. in Courtroom 6.

DATED: 2/2/2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE