UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWANG JANG and AMY JANG, both individuals,<br><br>            Plaintiffs,<br><br>     v.<br><br>1st UNITED BANK, formerly Republic Federal Bank, N.A., formerly Hemisphere National Bank, et al.<br><br>            Defendants. | Case No. 2:11-CV-2427-JAM-GGH<br><br>ORDER TO SHOW CAUSE REGARDING DISMISSAL OF CLAIMS AGAINST CAL-WESTERN RECONVEYANCE CORPORATION AND FIRST AMERICAN TITLE |

On September 13, 2011, Plaintiffs Kwang Jang and Amy Jang ("Plaintiffs") filed a complaint against Defendants 1st United Bank, Mortgage Electronic Registration Systems, Inc., Cal-Western Reconveyance Corporation, First American Title, U.S. Bank, N.A., and "all persons known or unknown claiming an interest in . . ." the property that is the subject of this suit.  Doc. #2.  To date, neither First American Title nor Cal-Western Reconveyance Corportaion has appeared in this action, and Plaintiffs have not lodged proof of service as to either of these Defendants with this

1

1 Court.

2     Pursuant to Federal Rule of Civil Procedure 4(m), the Court
3 must dismiss an action if a defendant has not been served within
4 120 days of plaintiff's filing of his or her complaint, unless a
5 plaintiff can demonstrate good cause for his or her failure to
6 serve the defendant.  FED. R. CIV. P. 4(m).  Good cause "applies only
7 in limited circumstances, and inadvertent error or ignorance of the
8 governing rules alone will not excuse a litigant's failure to
9 effect timely service."  Hamilton v. Endell, 981 F.2d 1062, 1065
10 (9th Cir. 1992) (discussing former subdivision 4(j)) (overruled on
11 other grounds); see also Glaser v. Bell Gardens, 28 F.3d 105 (9th
12 Cir. 1994).

13     It has been well beyond 120 days since Plaintiffs' complaint
14 was filed.  Accordingly, Plaintiffs are hereby ordered to show
15 cause in writing, not to exceed five (5) pages, why this action
16 should not be dismissed as to Defendants First American Title and
17 Cal-Western Reconveyance Corportaion for Plaintiffs' failure to
18 timely serve Defendants.  Plaintiffs' response to this Court's
19 order should be filed no later than 5:00 pm on May 10, 2012.

20

21 IT IS SO ORDERED.

22 Dated: April 30, 2012

                              JOHN A. MENDEZ,
23                               UNITED STATES DISTRICT JUDGE